In the Matter of the Accounting of JAMES R. DUNCAN et al., as Executors of GEORGE FOWLER, Deceased, Respondents; WILLIAM W. COUPERTHWAIT et al., Appellants.

(Argued October 17, 1934; decided November 20, 1934.)

*Thomas B. Kattell* and *Burton Orrell* for appellants.
*Neil G. Harrison* for respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.